```
                UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT CHARLESTON
```

**DANIEL LEE HALL, SR.,**

      Movant,

v.                                        Civil Action No. 3:17-cv-04176

**UNITED STATES OF AMERICA,**

      Respondent.

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, entered on May 29, 2019; and the magistrate judge having recommended that the court deny the Defendant's Motion to Vacate, Set Aside, or Correct Sentence, pursuant to 28 U.S.C. § 2255, and dismiss this civil action from the docket of the court; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the magistrate judge be, and hereby are, adopted by the court and incorporated herein.

It is, accordingly, OREDERED that the movant's complaint be, and hereby is, dismissed.

The Clerk is directed to forward copies of this memorandum opinion and order to the movant, all counsel of record, and the United States Magistrate Judge.

ENTER: June 21, 2019

John T. Copenhaver, Jr.
Senior United States District Judge